IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
In re:                              )
                                    )
MAGED SOLIMAN, a.k.a. IBRAHIM G.S.  )
SOLIMAN,                            )
                                    )    2:07-cv-469-GEB
            Debtor.                 )
_____)
                                    )
SUSAN K. SMITH,                     )
                                    )
            Plaintiff/Appellee,     )
       v.                           )    ORDER TO SHOW CAUSE
                                    )
MAGED SOLIMAN,                      )
                                    )
            Defendant/Appellant.    )
_____)
```

On July 2, 2007, Appellee filed an Application for Issuance of Order to Show Cause ("OSC") requesting this Court to issue an OSC "directing Appellant to show cause as to why the instant appeal should not be dismissed." (Appl. for OSC at 2.)

On March 9, 2007, Appellant's bankruptcy appeal was transferred to this Court pursuant to Appellee's statement of election to transfer. (Not. of Appeal at 1.) Federal Rule of Bankruptcy Procedure 8006 prescribes "[w]ithin 10 days after filing the notice of appeal . . . , the [A]ppellant shall file with the clerk and serve on

1

[A]ppellee a designation of items to be included on the record on appeal and a statement of the issues to be presented." On March 23, 2007, the Bankruptcy Court issued a "Notice of Incomplete or Delayed Record to District Court re: Adversary Proceedings" stating Appellant failed to file a designation of the record on appeal, a statement of issues on appeal, and a reporter's transcript or notice regarding the ordering of the transcript. (Not. of Incomplete Record at 1.) None of these documents have been filed. In addition, Appellant has failed to pay the filing fee. (Id.)

Appellant shall show cause in writing no later than July 27, 2007, why this appeal should not be dismissed for the failure to perfect the record on appeal and pay applicable the filing fee. In this document, Appellant should indicate whether he requests a hearing on the OSC. Appellant is further warned that failure to respond to the OSC could result in dismissal of this bankruptcy appeal with prejudice.

IT IS SO ORDERED.

Dated: July 13, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge