1  **J. RUSSELL CUNNINGHAM, State Bar #130578**
   **DESMOND, NOLAN, LIVAICH & CUNNINGHAM**
2  1830 15th Street
   Sacramento, California  95814
3  Telephone: (916) 443-2051
   Facsimile: (916) 443-2651
4
   Attorneys for Chapter 7 Trustee
5  Susan K. Smith

6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9
                         **SACRAMENTO DIVISION**
10

11

12  **In re:**                              **District Court Case No.: 2:07-CV-00469-GEB**

13  **MAGED SOLIMAN,**

14           **Debtor.**                     Bankruptcy Case No.:  05-37077-C-7

15                                           Adversary Proceeding No.:  06-2150-C

16  _____

17  **MAGEN SOLIMAN,**

18           **Appellant,**                  **STIPULATION AND ORDER TO EXTEND**
                                             **BRIEFING SCHEDULE**
19  **vs.**

20  **SUSAN SMITH,**

21           **Appellee.**

22

23       Appellant Maged Soliman and Appellee Susan Smith, Chapter 7 Trustee, acting through

24  counsel, concerning this appeal from a judgment entered by the bankruptcy court, hereby stipulate

25  to extend the briefing schedule as set forth by order of this court dated December 4, 2008, to the

26  dates as set forth below.  The parties request the Court's approval of the modified schedule.

27  ///

28  ///

                                             1

| BRIEF | EXISTING DATE | NEW DATE | STATUS |
|---|---|---|---|
| Appellant Opening Brief | December 19, 2007 | ----- | Filed |
| Appellee Opening Brief | January 22, 2007 | January 29, 2007 | Pending |
| Appellant Reply Brief | February 5, 2007 | February 12, 2007 | Pending |

Dated: January 18, 2008          **DESMOND, NOLAN, LIVAICH& CUNNINGHAM**

                                         /s/
                            By: _____
                                J. RUSSELL CUNNINGHAM
                                Attorneys of record for Susan K. Smith
                                Appellee

Dated: January 22, 2008          **Parkinson Phinney**

                                         /s/
                            By: _____
                                THOMAS R. PHINNEY,
                                Attorney for George Soliman
                                Appellant

<u>ORDER</u>

**IT IS ORDERED** that the foregoing stipulation and briefing schedule are approved.

Dated: January 23, 2008

                            _____
                            GARLAND E. BURRELL, JR.
                            United States District Judge

2